# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN CACCAVARI,**

        **Plaintiff,**

**-vs-**                                     **Case No.  6:11-cv-1669-Orl-28DAB**

**CYNTHIA TAYLOR, Department of**
**Children and Families, BRITTNEY PIKE,**
**Department of Children and Families,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) filed October 18, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed October 20, 2011 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

3.     Plaintiff's Complaint is **DISMISSED**.

4.     The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge

-2-